# CRIMINAL COMPLAINT

# United States District Court

**United States of America**
v.
**Jenny Lynn Meza**
DOB: 1977; United States Citizen

DISTRICT of ARIZONA

DOCKET NO.

MAGISTRATE'S CASE NO. 20-01639MJ

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
MAR 6 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Complaint for violations of: Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii)
Title 18 United States Code, Sections 922(g)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about February 21, 2020, at or near Tucson, in the District of Arizona, **Jenny Lynn MEZA** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

COUNT 2: On or about February 21, 2020, at or near Tucson, in the District of Arizona, **Jenny Lynn MEZA**, knowing that she had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate or foreign commerce, two firearms, which are, a Heckler and Koch model USP45 Tactical, 45 caliber pistol, bearing serial number 25-040250, and a Taurus, model 83, .38 caliber pistol, bearing serial number M1840277, said firearms having been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 29, 2020, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) confidential informant (CI) attempted to meet with Charles Anthony REYES for the purpose of buying firearms and narcotics. The CI had previously purchased firearms from REYES who had also agreed to sell the CI narcotics. REYES informed the CI he would not be able to make the arranged time and location in Tucson, Arizona due to being delayed in Benson, Arizona. REYES provided the CI with the contact number for his source of supply (SOS) for the narcotics, **Jenny Lynn MEZA**. REYES also told the CI that **MEZA** would sell the CI a firearm.

Between January 29, 2020 and February 21, 2020, the CI had several conversations with **MEZA** telephonically and via iMessage. During these conversations, **MEZA** offered to sell and provided the CI photos of firearms and/or narcotics.

On February 21, 2020, in Tucson, Arizona, **MEZA** sold 55 grams of methamphetamine and 35 grams of heroin to an ATF CI for $400. During the same meeting, **MEZA** also sold the ATF CI two firearms, a Heckler and Koch model USP45 Tactical, 45 caliber pistol, serial number 25-040250 for $800 and a Taurus, model 83, .38 caliber pistol, serial number M1840277 for $400.

**Continued on next page.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. SMT/jan AUTHORIZED AUSA *Serra Tsethlikai* /s/ | [signature] OFFICIAL TITLE Arthur Laguna, Special Agent ATF |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| [signature] | March 6, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

CC: (Orig +CC), AUSA

Copies Distributed

**Continued from previous page.**

A review of court records from the Arizona Superior Court, Cochise County, revealed multiple felony convictions for **MEZA**. Specifically, on March 30, 2015, in the Superior Court of the State of Arizona in and for the county of Cochise, **MEZA** was convicted of Attempted Possession of a Narcotic Drug, to wit: Heroin, a Class 5 Felony, in case number CR201500132. Then on February 26, 2018, the defendant's probation for that offense was revoked and she was sentenced to a term of imprisonment in the Arizona Department of Corrections of one and one half years imprisonment.

A Special Agent with the ATF confirmed that the Heckler and Koch .45 caliber pistol and the Taurus .38 caliber pistol were manufactured outside of Arizona and/or were previously transported into Arizona from another state or foreign country, thereby affecting interstate or foreign commerce.

A representative sample of the methamphetamine sold to the CI tested positive for the characteristics of methamphetamine.